# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO DEVERA,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN PROGRESSIVE, LLC, et al.,<br><br>    Defendants. | Case No. 3:18-cv-02423-JD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 22 |

This case is related to an earlier action, *Devera v. Western Progressive, LLC, et al.*, No. 3:17-cv-01969-JD, which the Court dismissed for failure to prosecute after pro se plaintiff Devera did not appear for a scheduled ADR phone call and did not respond to two orders to show cause. The complaint in this case appears similar, if not identical, to the complaint that was filed in the previous case.

An ADR phone conference in this case was scheduled for May 16, 2018, and Devera was served with notice of the conference more than two weeks in advance. Dkt. No. 13-1. Devera did not appear. Devera is ordered to show cause in writing by **June 22, 2018** why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Particularly in light of Devera's repeated failures to attend scheduled conference calls and to respond to this Court's orders, the case will be dismissed if an adequate response is not timely received.

**IT IS SO ORDERED.**

Dated: May 31, 2018

_____
JAMES DONATO
United States District Judge